**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO CASE NO. 1:24-cv-00085-TSK** | MDL No.: 1:24-md-3103-TSK |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S INEQUITABLE CONDUCT AFFIRMATIVE DEFENSES AND TO DISMISS DEFENDANT'S INEQUITABLE CONDUCT COUNTERCLAIMS**

Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") respectfully requests that the Court strike under Federal Rule of Civil Procedure 12(f) Defendant Sandoz Inc.'s ("Sandoz") inequitable conduct defenses (Nos. 14, 16) as to U.S. Patent Nos. 10,828,345 and 11,975,045 and dismiss under Federal Rule of Civil Procedure 12(b)(6) its inequitable conduct counterclaims (Countercl. Nos. 93 and 95) as to those same patents. In its amended affirmative defenses and counterclaims, Sandoz alleges that Regeneron engaged in inequitable conduct in the prosecution of certain asserted patents or their family members. These allegations fall far short of the Federal Circuit's pleading standard for inequitable conduct because they either lack factual support or challenge attorney argument. Striking these defenses and dismissing the counterclaims will spare the parties and the Court needless discovery and attendant disputes and narrow the issues for trial. In further support of this motion, Regeneron relies upon the accompanying memorandum of law.

1

Date: January 31, 2025

*Of Counsel*:

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Jennalee Beazley (admitted *PHV*)
Rhochelle Krawetz (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
jbeazley@wc.com
rkrawetz@wc.com

Elizabeth Stotland Weiswasser (admitted *PHV*)
Anish R. Desai (admitted *PHV*)
Kathryn Leicht (admitted *PHV*)
Kellie Van Beck (admitted *PHV*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
eweiswasser@paulweiss.com
adesai@paulweiss.com
kleicht@paulweiss.com
kvanbeck@paulweiss.com

Respectfully submitted,

CAREY DOUGLAS KESSLER & RUBY, PLLC

*/s/ David R. Pogue*
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

2

Christopher M. Pepe (admitted *PHV*)
Priyata Y. Patel (admitted *PHV*)
Matthew D. Sieger (admitted *PHV*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
cpepe@paulweiss.com
ppatel@paulweiss.com
mseiger@paulweiss.com


Andrew E. Goldsmith (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Grace W. Knofczynski (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
Alyssa J. Picard (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
jhartman@kellogghansen.com
gknofczynski@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com
apicard@kellogghansen.com


*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.  Counsel of record for all parties will be served by the Court's CM/ECF system.

*/s/ David R. Pogue*
David R. Pogue (WVSB No. 10806)
